UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUSTIN VALENCIA,

                      Plaintiff,                Case No. 1:24-cv-6586-JPC

- against -

C.F. MARTIN & CO., INC.,                   **STIPULATION OF DISMISSAL**
                                                                     **WITH PREJUDICE**

                      Defendant.
-------------------------------------------------------------------X

       **WHEREAS**, Plaintiff sued Defendant alleging that its website violates Title III of the Americans with Disabilities Act and the New York City Human Rights Law because the website is not fully accessible to disabled individuals; and

       **WHEREAS**, Defendant continues to be committed to compliance with the applicable law, and the parties are amicably resolving this litigation on that basis,

       **IT IS HEREBY STIPULATED AND AGREED** that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 21, 2025

STEIN SAKS, PLLC

By: _____
Rami Salim, Esq.
One University Plaza, Ste. 620
Hackensack, NJ 07601
(201) 282-6500
rsalim@steinsakslegal.com
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Peter T. Shapiro, Esq.
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
peter.shapiro@lewisbrisbois.com
*Attorneys for Defendant*

SO ORDERED: _____
                     U.S.D.J
                  JOHN P. CRONAN
                  January 30, 2025

151323635.1